NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROSCO, INC.,**
*Plaintiff-Appellee,*

**v.**

**MIRROR LITE COMPANY.,**
*Defendant-Appellant.*

---

2010-1086

---

Appeal from the United States District Court for the Eastern District of New York in No. 96-CV-5658, Senior Judge Charles P. Sifton.

---

**JUDGMENT**

---

WAYNE L. STONER, Wilmer Cutler Pickering Hale and Dorr LLP, of Boston, Massachusetts, argued for plaintiff-appellee. With him on the brief were PAUL B. KELLER NOAH A. LEVINE, KEITH BRADLEY and OMAR KHAN, of New York, New York.

JOHN A. ARTZ, Dickinson Wright PLLC, of Bloomfield Hills, Michigan, argued for defendant-appellant. With him on the brief was JOHN S. ARTZ.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LINN, and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


September 10, 2010      /s/ Jan Horbaly
Date            Jan Horbaly
                 Clerk